No. 76–6287. HALL *v.* BUREAU OF EMPLOYMENT AGENCIES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–6293. DOE ET AL. *v.* BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–6313. SANTANA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6315. LOWENBERG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6317. JOE *v.* NIXON ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–6328. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6329. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–6336. GUNTER ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6348. MIDDLETON *v.* UNITED STATES; and
No. 76–6353. TOTARO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–6355. VANDYGRIFT *v.* TURLINGTON, COMMISSIONER, DEPARTMENT OF EDUCATION OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 76–6381. MASSEY *v.* LOCKHART, CORRECTION SUPERINTENDENT. C. A. 8th Cir. Certiorari denied.

No. 76–6387. REECE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–6392. MUNCASTER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.